AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America

v.

Paul Kovacik

Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00228
Assigned To : Judge G. Michael Harvey
Assign. Date : 7/23/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            Paul Kovacik

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 3146(a)(2) - Failure to Surrender for Service of Sentence Pursuant to a Court Order.

Date:    07/23/2024

Digitally signed by G.
Michael Harvey
Date: 2024.07.23
10:58:57 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*



| Return |
|---|
| This warrant was received on *(date)* 7/23/24 , and the person was arrested on *(date)* 9/15/24 at *(city and state)* DC |
| Date: 9/18/24    Trejo *Arresting officer's signature* |
| Trejo *Printed name and title* |